# TABLE OF CONTENTS

1. Civil Cover Sheet

2. Pro Se Complaint for Violation of Civil Rights (Non-Prisoner)

3. Exhibit A

4. Exhibit B

5. Exhibit C

6. Application to Proceed In Forma Pauperis (IFP)

7. Motion to E-File

8. Certificate of Service