# EXHIBIT B

## IV. INJURIES

As a direct and proximate result of Defendant's constitutional violations, Plaintiff suffered the following injuries and damages:

- 8 days of unlawful incarceration;

- Forced withdrawal from prescribed MAOI medication;

- Physical pain and suffering from medication withdrawal;

- Mental anguish and emotional distress;

- Humiliation and embarrassment;

- Loss of liberty;

- Loss of use and eventual loss of Plaintiff's vehicle (unable to make payments or maintain possession during incarceration, resulting in transfer of ownership);

- Lost employment opportunities;

- Bond paid for release;

- Legal fees and costs as a result of the arrest and prosecution;

- Ongoing trauma-related symptoms and psychological harm (diagnosed by a qualified mental health professional);

- Ongoing medical evaluations and potential neurocognitive, physiological, or psychological impairments, including but not limited to any conditions revealed through current or future testing (such as autism spectrum disorder or polymorphic genetic vulnerabilities);

- Costs for mental health treatment, counseling, and/or therapy;

- Loss of enjoyment of life and disruption of daily activities;

- Any and all other damages, injuries, or losses, whether economic or non-economic, that are revealed through discovery, further medical or psychological evaluation, or proven at trial.

Plaintiff expressly reserves the right to supplement or amend this section as further medical, psychological, or financial injuries are discovered.