# EXHIBIT C

## V. RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages for all injuries and losses described above, including but not limited to:

- Wrongful incarceration

- Medical and hospital expenses

- Legal fees for criminal defense

- Loss of vehicle and related financial losses

- Lost employment opportunities

- Bond paid for release

- Emotional distress, pain and suffering, and loss of enjoyment of life

- Mental health treatment costs

- Any other out-of-pocket costs and expenses resulting from the wrongful arrest

- Any and all additional damages revealed through discovery, further medical evaluation, or proven at trial

- Any other out-of-pocket costs and expenses resulting from the wrongful arrest

B. Award punitive damages against Defendant Pedroza for deliberate fabrication of evidence and violation of constitutional rights;

C. Declare that Defendant violated Plaintiff's constitutional rights;

D. Award reasonable attorney's fees and costs under 42 U.S.C. § 1988 for any foreseeable work performed by counsel, and Plaintiff's costs as a pro se litigant;

Page 2 of Exhibit C

E. Order the preservation and production of all relevant bodycam, dashcam, and communications evidence related to the incident;

F. Award prejudgment and postjudgment interest at the maximum rate as allowed by law;

G. Grant a jury trial on all issues so triable;

H. Grant such other and further relief as the Court deems just and proper.