# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **ANGEL ADALBERTO ALANIS,** *Plaintiff*, | § § § § | |
| v. | § § | **CIVIL ACTION NO. 7:25-CV-00393** |
| **PABLO PEDROZA,** *Defendants*. | § § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Stay of Defendant Pablo Pedroza.

Defendant Pablo Pedroza has asserted qualified immunity in his Motion to Dismiss. It is hereby **ORDERED** that the Motion to Stay is therefore **GRANTED**. All deadlines, discovery, and proceedings are **STAYED** pending the resolution of Defendant Pablo Pedroza's Motion to Dismiss. Additionally, this Court's Order is hereby **VACATED**, and the conference scheduled for December 2, 2025, is hereby **CANCELED**.

**SIGNED** this _____ day of _____, 2025.

_____
**Randy Crane**
**Chief United States District Judge**