Case 7:25-cv-00393   Document 28   Filed 12/01/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANGEL ADALBERTO ALANIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-00393 |
| | § | |
| PABLO PEDROZA, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT AND LIFTING STAY

On November 3, 2025, Defendant filed a motion to dismiss Plaintiff's claims. Dkt. No. 20. Defendant then moved to stay the case in light of its assertion of qualified immunity, which this Court granted. Dkt. No. 23. On November 11, 2025, Plaintiff filed a second amended complaint styled "as of right," citing Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. No. 26.

However, Rule 15(a)(1) allows a party to amend its complaint only *once* as a matter of course. Plaintiff has already amended his complaint once as of right. Dkt. No. 8. Otherwise, "a party may amend its pleading only with the opposing party's written consent or the court's leave." F.R.C.P 15(a)(2). Considering this, the Court will construe Plaintiff's filing as a motion to amend his complaint. Plaintiff is **GRANTED** leave to amend his complaint, and it is **ORDERED** that Dkt. No. 26 be considered Plaintiff's Second Amended Complaint.

This Court's recent Minute Order is **MOOT**.

Furthermore, Defendant's Motion to Dismiss (Dkt. No. 20) is terminated, and the aforementioned stay (Dkt. No. 23) is lifted. It is **ORDERED** that Defendant has 21 days from the date of this order to file an answer or otherwise respond to Plaintiff's Second Amended Complaint.

SO ORDERED December 1, 2025, at McAllen, Texas.

*[Signature: Randy Crane]*
Randy Crane
Chief United States District Judge