**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **ANGEL ADALBERTO ALANIS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:25-CV-00393** |
| | § | |
| **PABLO PEDROZA,** *et al.*, | § | |
| *Defendants.* | § | |

## ORDER

On this day the Court considered Defendant Alberto Moreno's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). After consideration of the pleadings of the parties and the filings herein, the Court is of the opinion that the Motion has merit. Therefore, it is **ORDERED**

Defendant Alberto Moreno's Motion to Dismiss is hereby **GRANTED**. Plaintiff Angel Adalberto Alanis' claims against Defendant Alberto Moreno are hereby **DISMISSED WITH PREJUDICE**.

**SIGNED** on this _____ day of _____, 202_.

_____
**Randy Crane**
**Chief United States District Judge**